*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00732-CV

**IN RE** Jose Heriberto **SALDIVAR**

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  October 26, 2011

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On October 7, 2011, relator filed a petition for writ of mandamus, complaining the trial court imposed conditions of bond that are currently preventing relator from being released. However, relator's petition fails to satisfy the requirements of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 52.  Relator's petition fails to comply with numerous requirements outlined in 52.3(a)-(k) and 52.7(a).  *See* TEX. R. APP. P. 52.3 ("[t]he petition must, under appropriate headings and in the order here indicated, contain" all of the items listed in 52.3 (a)-(k)); TEX. R. APP. P. 52.7(a) (Record).

---

[1] This proceeding arises out of Cause No. 2011CVK001141-D3, styled *State of Texas v. Jose Heriberto Saldivar*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.

Due to the deficiencies in the petition for writ of mandamus filed in this court, we are unable to determine whether the trial court erred. Accordingly, the petition for writ of mandamus is DENIED WITHOUT PREJUDICE. TEX. R. APP. P. 52.8(a).

PER CURIAM